In re BOERUM ST. (Supreme Court, Appellate Division, First Department. July 8, 1902.) In the matter of Boerum street. No opinion. Application granted to the extent of

77 N.Y.S.—71

directing the mortgage held by the German Savings Bank to be paid by the chamberlain. In other respects motion denied, with leave to renew on further proof.